UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EFREN SANTIAGO LEFRANC,<br><br>                         Plaintiff<br><br>v.<br><br>COUNTY OF ELKO et al.,<br><br>                         Defendants | Case No. 3:20-cv-00406-RFB-CLB<br><br>ORDER |

**I.      DISCUSSION**

On February 5, 2021, the Court issued a screening order and granted Plaintiff until March 7, 2021 to file an amended complaint, or the Court would dismiss the action with prejudice for failure to state a claim. (ECF No. 9 at 9-10). On March 4, 2021, Plaintiff submitted a motion for an extension of time to file the amended complaint. (ECF No. 11).

The Court grants the motion for an extension of time. Plaintiff will file the amended complaint on or before Friday, April 2, 2021. If Plaintiff chooses not to file an amended complaint, the Court will recommend dismissal of this case with prejudice for failure to state a claim. (ECF No. 9).

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 11) is granted. Plaintiff shall file his amended complaint on or before Friday, April 2, 2021.

It is further ordered that, if Plaintiff fails to timely file his amended complaint, the Court will recommend dismissal of this case with prejudice for failure to state a claim.

DATED: March 16, 2021

_____
UNITED STATES MAGISTRATE JUDGE